| | |
|---|---|
| **Appellate Docket Number:** 05-25-00279-CV | |
| **Appellate Case Style:** Charles Lewis Vs. Dan Willems | **FILED IN 15th COURT OF APPEALS AUSTIN, TEXAS** **APR 2 1 2025** **CHRISTOPHER A. PRINE CLERK** |
| **Companion Case(s):** CC-24-07085-A | |

Amended/Corrected Statement

# DOCKETING STATEMENT (Civil)

Appellate Court:

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

*NOTE: Because space for additional parties / attorneys is limited on this form, you can include the information on a separate document. As per TRAP 32.1 and 9.4, please include party's name and the name, address, email address, telephone number, fax number, if any, and State Bar Number of the party's lead counsel. If the party is not represented by an attorney, that party's name, address, telephone number, fax number should be provided.*

| **I. Appellant** | **II. Appellant Attorney(s) - Continued** |
|---|---|
| Person ☐ Organization | Lead Attorney |
| Name: Charles Lewis | Name: |
| ~~Pro Se~~ Sui Juris | Bar No. |
| *If Pro Se Party, enter the following information:* | Firm/Agency: |
| Address: ℅ 1823 Wildwood Lane | Address 1: |
| City/State/Zip: Glenn Heights, Texas 75154 | Address 2: |
| Tel. 972-834-5674 Ext. Fax: | City/State/Zip: |
| Email: charles.e.lewis1960@gmail.com | Tel. Ext. Fax: |
| **II. Appellant Attorney(s)** | Email: |
| Lead Attorney | Lead Attorney |
| Name: | Name: |
| Bar No. | Bar No. |
| Firm/Agency: N/A | Firm/Agency: |
| Address 1: | Address 1: |
| Address 2: | Address 2: |
| City/State/Zip: | City/State/Zip: |
| Tel. Ext. Fax: | Tel. Ext. Fax: |
| Email: | Email: |
| Lead Attorney | Lead Attorney |
| Name: | Name: |
| Bar No. | Bar No. |
| Firm/Agency: | Firm/Agency: |
| Address 1: | Address 1: |
| Address 2: | Address 2: |
| City/State/Zip: | City/State/Zip: |
| Tel. Ext. Fax: | Tel. Ext. Fax: |
| Email: | Email: |

## III. Appellee

Person     Organization

Name: Dan Willems

    Pro Se

*If Pro Se Party, enter the following information:*

Address: 6510 Abrams #400

City/State/Zip: Dallas, Texas 75231

Tel. 214-789-9696 Ext.     Fax:

Email:

## IV. Appellee Attorney(s)

Lead Attorney

Name:

Bar No.

Firm/Agency:

Address 1:

Address 2:

City/State/Zip:

Tel.     Ext.     Fax:

Email:

Lead Attorney

Name:

Bar No.

Firm/Agency:

Address 1:

Address 2:

City/State/Zip:

Tel.     Ext.     Fax:

Email:

## IV. Appellee Attorney(s) - Continued

Lead Attorney

Name:

Bar No.

Firm/Agency:

Address 1:

Address 2:

City/State/Zip:

Tel.     Ext.     Fax:

Email:

Lead Attorney

Name:

Bar No.

Firm/Agency:

Address 1:

Address 2:

City/State/Zip:

Tel.     Ext.     Fax:

Email:

Lead Attorney

Name:

Bar No.

Firm/Agency:

Address 1:

Address 2:

City/State/Zip:

Tel.     Ext.     Fax:

Email:

## V. Perfection of Appeal, Judgment and Sentencing

Nature of Case (Subject matter or type of case): Illegal Eviction / Contract

Date Order or Judgment signed: 2-26-2025    Type of Judgment:

Date Notice of Appeal filed in Trial Court: 3-7-2025

    If mailed to the Trial Court clerk, also give the date mailed:

Interlocutory appeal of appealable order:    (Yes)    No

    If yes, please specify statutory or other basis on which interlocutory order is appealable (See TRAP 28):

    FRAUDULENT ACTIVITY / FRAUD

Accelerated Appeal (See TRAP 28):    (Yes)    No

    If yes, please specify statutory or other basis on which appeal is accelerated:

    FRAUD

Parental Termination or Child Protection? (See TRAP 28.4):    Yes    (No)

Permissive? (See TRAP 28.3):    Yes    No

    If yes, please specify statutory or other basis for such status:

Agreed? (See TRAP 28.2):    Yes    (No)

    If yes, please specify statutory or other basis for such status:

Appeal should receive precedence, preference, or priority under statute or rule?    (Yes)    No

    If yes, please specify statutory or other basis for such status:

    FRAUD

Does this case involve an amount under $100,000?    Yes    (No)

Judgment or Order disposes of all parties and issues?    Yes    (No)

Appeal from final judgment?    (Yes)    No

Does the appeal involve the constitutionality or the validity of a statute, rule, or ordinance?    (Yes)    No

## VI. Actions Extending Time to Perfect Appeal

Motion for New Trial:    Yes    No    If yes, date filed:

Motion to Modify Judgment:    Yes    No    If yes, date filed:

Request for Findings of Fact and Conclusions of Law:

    (Yes)    No    If yes, date filed:

Motion to Reinstate:    Yes    No    If yes, date filed:

Motion under TRCP 306a:    Yes    No    If yes, date filed:

Other:    (Yes)    No

    If Other, please specify: FRAUD

## VII. Indigency of Party (Attach file stamped copy of Statement and copy of the trial court order.)

Was Statement of Inability to Pay Court Costs filed in the trial court?    (Yes)    No

    If yes, date filed:

Was a Motion Challenging the Statement filed in the trial court?    Yes    (No)

    If yes, date filed:

Was there any hearing on appellant's ability to afford court costs?    Yes    (No)

    Hearing Date:

Did trial court sign an order under Texas Rule of Civil Procedure 145?    Yes    (No)

    Date of Order:

    If yes, trial court finding:    Challenge Sustained    Overruled

## VIII. Bankruptcy

Has any party to the court's judgment filed for protection in bankruptcy which might affect this appeal?

    Yes    (No)

If yes, please attach a copy of the petition.

Date bankruptcy filed:

Bankruptcy Case Number:

## IX. Trial Court and Record

Court: County Court at law No. 1

County: Dallas

Trial Court Docket No. (Cause No.): CC-24-07085-A

Trial Court Judge (who tried or disposed of the case):

    Name: Kerry Fitzgerald

    Address 1: 600 Commerce St, 5th floor

    Address 2:

    City/State/Zip: Dallas, Texas 75202

    Tel. 214-653-    Ext.    Fax:

    Email: 6531

**Clerk's Record**

Trial Court Clerk:    District    County

Was Clerk's record requested?    Yes    (No)

    If yes, date requested:

    If no, date it will be requested: at court's earliest convenience

Were payment arrangements made with clerk?

    Yes    (No)    Indigent

**(Note: No request required under TRAP 34.5(a),(b).)**

## IX. Trial Court and Record - Continued

**Reporter's or Recorder's Record**

Is there a Reporter's Record? (Yes) No

Was Reporter's Record requested? Yes (No)

    If yes, date requested:

    If no, date it will be requested: *earliest court availability*

Was the Reporter's Record electronically recorded? (Yes) No

Were payment arrangements made with the court reporter/court recorder? Yes (No) Indigent

| Court Reporter Official | Court Recorder Substitute | Court Reporter Official | Court Recorder Substitute |
|---|---|---|---|
| Name: Alejandra Ortiz | | Name: | |
| Address 1: 600 Commerce St | | Address 1: | |
| Address 2: | | Address 2: | |
| City/State/Zip: Dallas, Texas 75202 | | City/State/Zip: | |
| Tel. Ext. Fax: | | Tel. Ext. Fax: | |
| Email: | | Email: | |

## X. Supersedeas Bond

Supersedeas bond filed? (Yes) No

    If yes, date filed: 3-7-2025

    If no, will file? Yes No

## XI. Extraordinary Relief

Will you request extraordinary relief (e.g., temporary or ancillary relief) from this Court? (Yes) No

If yes, briefly state the basis for your request:
We should not have to pay rent when we didn't have a mortgage or taxes prior to this FRAUD, illegal eviction. We owned our property and it was put in our Trust, private trust.

## XII. Alternative Dispute Resolution/Mediation
### (Complete section if filing in the 1st, 2nd, 4th, 5th, 6th, 8th, 10th, 11th, 13th, or 14th Court of Appeals.)

Should this appeal be referred to mediation?    Yes    (No)

If no, please specify: *Because the property should be put back in the Trust it was stolen from.*

Has this case been through an ADR procedure?    Yes    (No)

If yes, who was the mediator?

What type of ADR procedure?

At what stage did the case go through ADR?    Pre-Trial    Post-Trial    Other

If other, please specify:

Type of Case?

Give a brief description of the issue to be raised on appeal, the relief sought, and the applicable standard for review, if known (without prejudice to the right to raise additional issues or request additional relief);
*This is an illegal eviction and sale of property. The property should be returned to the Trust and injuried party needs to be compensated for damages caused. $840,000 is what we are seeking for damages.*

How was the case disposed of? *Still in court / appeal's court*

Summary of relief granted, including amount of money judgment, and if any, damages awarded.

If money judgment, what was the amount? Actual damages:

Punitive (or similar) damages:

Attorney's fees (trial):

Attorney's fees (appellate):

Other:

If other, please specify:

Will you challenge this Court's jurisdiction?    (Yes)    No

Does judgment have language that one or more parties "take nothing"?    (Yes)    No

Does judgment have a Mother Hubbard clause?    (Yes)    No

Other basis for finality:
*Fraud was detected with this issue and we are addressing this action Now. Fraudulent eviction and illegal sale of property. There is No contract with Dan Willems, We are party of the class-action lawsuit against the mortgage company Mr. Cooper, they have to pay damages Now. So why does Dan Willems think he has any legal standing? FRAUD was found and Dan, is conducting fraudulent business as well, by estate stealing, which is illegal.*

## XII. Alternative Dispute Resolution/Mediation - Continued
### (Complete section if filing in the 1st, 2nd, 4th, 5th, 6th, 8th, 10th, 11th, 13th, or 14th Court of Appeals.)

Rate the complexity of the case (use 1 for least and 5 for most complex):  1  2  3  **4**  5

Please make my answer to the preceding questions known to other parties in this case?  **Yes**  No

Can the parties agree on an appellate mediator?  **Yes**  No

    If yes, please give the name, address, telephone, fax, and email address:

    Name: *Terry Babila (mediator) if necessary*

    Address:

    Telephone:        Ext.

    Fax:

    Email:

Languages other than English in which the mediator should be proficient:


Name of the person filling out mediation section of docketing statement:

*ShaBrenda-Rena:Lewis©*

## XIII. Related Matters

List any pending or past related appeals before this, or any other Texas Appellate Court, by Court, Docket, and Style.

| | |
|---|---|
| Court: | Docket: |
| Style: | |
|   Vs. | |
| Court: | Docket: |
| Style: | |
|   Vs. | |
| Court: | Docket: |
| Style: | |
|   Vs. | |
| Court: | Docket: |
| Style: | |
|   Vs. | |
| Court: | Docket: |
| Style: | |
|   Vs. | |
| Court: | Docket: |
| Style: | |
|   Vs. | |


American LegalNet, Inc.

## XIV. Pro Bono Program:
### (Complete section if filing in the 1st, 2nd, 3rd, 5th, 7th, 13th or 14th Court of Appeals.)

The Courts of Appeals listed above, in conjunction with the State Bar of Texas Appellate Section Pro Bono Committee and local Bar Associations, are conducting a program to place a limited number of civil appeals with appellate counsel who will represent the appellant in the appeal before this Court.

The Pro Bono Committee is solely responsible for screening and selecting the civil cases for inclusion in the Program based upon a number of discretionary criteria, including the financial means of the appellant or appellee. If a case is selected by the Committee, and can be matched with appellate counsel, that counsel will take over representation of the appellant or appellee without charging legal fees. More information regarding this program can be found in the Pro Bono Program Pamphlet available in paper form at the Clerk's Office or on the Internet at http://www.tex-app.org. If your case is selected and matched with a volunteer lawyer, you will receive a letter from the Pro Bono Committee within thirty (30) to forty-five (45) days after submitting this Docketing Statement.

Note: there is no guarantee that if you submit your case for possible inclusion in the Pro Bono Program, the Pro Bono Committee will select your case and that pro bono counsel can be found to represent you. Accordingly, you should not forego seeking other counsel to represent you in this proceeding. By signing your name below, you are authorizing the Pro Bono committee to transmit publicly available facts and information about your case, including parties and background, through selected Internet sites and Listserv to its pool of volunteer appellate attorneys.

Do you want this case to be considered for inclusion in the Pro Bono Program?   ( Yes )   No

Do you authorize the Pro Bono Committee to contact your trial counsel of record in this matter to answer questions the committee may have regarding the appeal?   Yes /   No

Please note that any such conversations would be maintained as confidential by the Pro Bono Committee and the information used solely for the purposes of considering the case for inclusion in the Pro Bono Program.

If you have not previously filed a Statement of Inability to Pay Court Costs and attached a file-stamped copy of that Statement, does your income exceed 200% of the U.S. Department of Health and Human Services Federal Poverty Guidelines?   Yes   (No)

These guidelines can be found in the Pro Bono Program Pamphlet as well as on the internet at http://aspe.hhs.gov/poverty/06poverty.shtml.

Are you willing to disclose your financial circumstances to the Pro Bono Committee?   Yes /   No

If yes, please attach a Statement of Inability to Pay Court Costs completed and executed by the appellant or appellee. Sample forms may be found in the Clerk's Office or on the internet at http://www.tex-app.org. Your participation in the Pro Bono Program may be conditioned upon your execution of a Statement under oath as to your financial circumstances.

---

Give a brief description of the issues to be raised on appeal, the relief sought, and the applicable standard of review, if known (without prejudice to the right to raise additional issues or request additional relief; use a separate attachment, if necessary).

This case is about the violations that were done using fraud to obtain our property, with the help of the sheriff doing estate stealing by doing illegal foreclosures, The mortgage company was sued and paying out money for damages, and Dan Willems and others continue to defraud people and try to extort money from them. Violating 18 USC 1348, and 18 USC 1341 (mail fraud), There was an illegal foreclosure, sale, and eviction. There is no valid contract making any of this valid, The relief sought is the property put back into the Trust and injured party be Compensated for damages. They are conducting business by defrauding people and using bad business practices violating constitutional laws, and due process, We would like to be Compensated $840,000 for damages we suffered because of this FRAUD!! According to RICO laws, treble damages is required.

## XV. Signature

_ShaBronda - Rena: Lewis© ,Trustee_     _acct 308_        _H-17-2025_

Signature of counsel (or Pro Se Party)              Date

_ShaBronda-Rena: Lewis©_

Printed Name                       State Bar No.

Electronic Signature (Optional)             Name

## XVI. Certificate of Service

The undersigned counsel certifies that this Docketing Statement has been served on the following lead counsel for all parties to the Trial Court's Order or Judgment as follows on:

_ShaBronda - Rena: Lewis©_     _acct 308_

Signature of counsel (or Pro Se Party)                      Electronic Signature (Optional)

State Bar No.

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

       (1) the date and manner of service;

       (2) the name and address of each person served, and

       (3) if the person served is a party's attorney, the name of the party represented by the attorney.

**Please enter the following for each person served:**

| | |
|---|---|
| Date Served: 4-17-2025 <br> Manner Served: mail (certified) <br> Name: Dan Willems <br> Bar No. <br> Firm/Agency: <br> Address 1: 6510 Abrams # 400 <br> Address 2: <br> City/State/Zip: Dallas, Texas 75231 <br> Tel. 214-789-9606   Ext.   Fax: <br> Email: <br> Party: defendant | Date Served: <br> Manner Served: <br> Name: <br> Bar No. <br> Firm/Agency: <br> Address 1: <br> Address 2: <br> City/State/Zip: <br> Tel.   Ext.   Fax: <br> Email: <br> Party: |
| Date Served: 4-17-2025 <br> Manner Served: mail (certified) <br> Name: Ruben Morin <br> Bar No. <br> Firm/Agency: Fifteenth Court of Appeals <br> Address 1: 300 W. 15th Street <br> Address 2: Ste. 607 <br> City/State/Zip: Austin, Texas 78701 <br> Tel.   Ext.   Fax: <br> Email: <br> Party: clerk | Date Served: <br> Manner Served: <br> Name: <br> Bar No. <br> Firm/Agency: <br> Address 1: <br> Address 2: <br> City/State/Zip: <br> Tel.   Ext.   Fax: <br> Email: <br> Party: |
| Date Served: <br> Manner Served: <br> Name: <br> Bar No. <br> Firm/Agency: <br> Address 1: <br> Address 2: <br> City/State/Zip: <br> Tel.   Ext.   Fax: <br> Email: <br> Party: | |

**Please enter the following for each person served that is not an attorney for a party:**

| | |
|---|---|
| Date Served: 4-17-2025 <br> Manner Served: mail (certified) <br> Name: Dan Willems <br> Address 1: 6510 Abrams #400 <br> Address 2: <br> City/State/Zip: Dallas, Texas 75231 <br> Tel. 214-789-9604 Ext. <br> Fax: <br> Email: | Date Served: <br> Manner Served: <br> Name: <br> Address 1: <br> Address 2: <br> City/State/Zip: <br> Tel. Ext. <br> Fax: <br> Email: |
| Date Served: 4-17-2025 <br> Manner Served: mail (certified) <br> Name: Ruben Morin <br> Address 1: 300 W. 15th Street <br> Ste. 607 <br> Address 2: <br> City/State/Zip: Austin, Texas 78701 <br> Tel. Ext. <br> Fax: <br> Email: | Date Served: <br> Manner Served: <br> Name: <br> Address 1: <br> Address 2: <br> City/State/Zip: <br> Tel. Ext. <br> Fax: <br> Email: |
| Date Served: <br> Manner Served: <br> Name: <br> Address 1: <br> Address 2: <br> City/State/Zip: <br> Tel. Ext. <br> Fax: <br> Email: | Date Served: <br> Manner Served: <br> Name: <br> Address 1: <br> Address 2: <br> City/State/Zip: <br> Tel. Ext. <br> Fax: <br> Email: |

CERTIFIED MAIL®

Retail


UNITED STATES
POSTAL SERVICE®

RDC 99

7022 1670 0001 6447 8111


78701

U.S. POSTAGE PA
FCM LG ENV
RED OAK, TX 751
APR 17, 2025

$10.99

S2324H500279-23

haBr____ D. Columi©
o 18
Glenn T
on-Domestic / Non-Assumpsit

RECEIVED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

APR 2 1 2025

CHRISTOPHER A. PRINE
CLERK

Fifteenth Court of Appeals
Willem P. Clements, State Office Building
300 W. 15th Street, suite 607
Austin, Texas 78701